IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-158 |
| | ) | |
| Undetermined quantities of the articles of drugs listed below, in various sizes and types of containers, labeled and unlabeled, which are in the possession of Beehive Botanicals, Inc., 16297 West Nursery Road, Hayward, Wisconsin: | ) | **FILED UNDER SEAL** |

<u>Finished Products:</u>
Propolis Extract - Alcohol Free
Propolis Tincture 50%
Propolis Tincture 65%
Propolis Capsules, 500 mg
Propolis Tablets, 500 mg
PropolPom Capsules, 500 mg
Propol Dent Gum
Propolis Derma Cream
Propolis & Herb Throat Spray
Propol-Guard Lip Balm
Whole Grain Pollen Capsules, 500 mg
Pollen Tablets, 500 mg
Pollen Granules
Royal Jelly Capsules, 500 and 1000 mg, pure
Royal Jelly in Honey, 15,000 and 30,000 mg
Fresh Royal Jelly
Bee Therapy Foot Balm
Bee Therapy Hand Salve
Honey and Pollen Body Moisturizer
Hydrating Cream
Moisturizing Facial Cleanser
Conditioning Shampoo
Moisturizing Conditioner
Honey and Cornmeal Bath Bar
Honey Silk Night Cream

<u>Bulk Components:</u>
Propolis Extract (Propolis Bee Concentrate)
Propolis, unprocessed or washed
Royal Jelly Powder
Fresh Royal Jelly

|  |  |
|---|---|
| Bee Pollen (Granules) | ) |
| Honey, | ) |
|  | ) |
| and | ) |
|  | ) |
| all articles of drugs comprised, in part, of these components, | ) |
|  | ) |
| Defendants. | ) |

## ORDER

Upon Consideration of the United States' Motion to File Documents Under Seal,

**IT IS ORDERED** that the United States may file its Motion to File Documents Under Seal, Verified Complaint for Forfeiture *in Rem*, and Warrant for Arrest *in Rem*, under seal.

The documents shall be automatically unsealed upon the service of the Warrant for Arrest *in Rem*.

Dated this 26th day of MARCH, 2010.

---
UNITED STATES ~~DISTRICT COURT~~ JUDGE MAGISTRATE
Western District of Wisconsin

2