IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Undetermined quantities of the articles of drugs listed below, in various sizes and types of containers, labeled and unlabeled, which are in the possession of Beehive Botanicals, Inc., 16297 West Nursery Road, Hayward, Wisconsin: | Case No. 10-cv-158 |

Finished Products:
Propolis Extract - Alcohol Free
Propolis Tincture 50%
Propolis Tincture 65%
Propolis Capsules, 500 mg
Propolis Tablets, 500 mg
PropolPom Capsules, 500 mg
Propol Dent Gum
Propolis Derma Cream
Propolis & Herb Throat Spray
Propol-Guard Lip Balm
Whole Grain Pollen Capsules, 500 mg
Pollen Tablets, 500 mg
Pollen Granules
Royal Jelly Capsules, 500 and 1000 mg, pure
Royal Jelly in Honey, 15,000 and 30,000 mg
Fresh Royal Jelly
Bee Therapy Foot Balm
Bee Therapy Hand Salve
Honey and Pollen Body Moisturizer
Hydrating Cream
Moisturizing Facial Cleanser
Conditioning Shampoo
Moisturizing Conditioner
Honey and Cornmeal Bath Bar
Honey Silk Night Cream

Bulk Components:
Propolis Extract (Propolis Bee Concentrate)
Propolis, unprocessed or washed

DocID: 4849-9091-4690.1

| | |
|---|---|
| Royal Jelly Powder | ) |
| Fresh Royal Jelly | ) |
| Bee Pollen (Granules) | ) |
| Honey, | ) |
| | ) |
| and | ) |
| | ) |
| all articles of drugs comprised, in part, of these components, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISSOLVING INJUNCTION AND TERMINATING CONSENT DECREE OF CONDEMNATION

Claimant has submitted an unopposed motion to dissolve the injunction and terminate the Consent Decree of condemnation entered by this Court on May 17, 2010. In that Order, this Court retained jurisdiction over this action to enforce or modify the Decree and for the purpose of granting such additional relief as may be necessary or appropriate.

After review and consideration of the Claimant's motion, and the Government having no objection to the injunction being dissolved and the Consent Decree of condemnation terminated, the Court has determined that Claimant's motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court's May 17, 2010 Consent Decree is terminated and the injunction dissolved.

Entered this 10th day of December, 2018.

Barbara B. Crabb
United States District Judge

DocID: 4849-9091-4690.1